# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **DOCKET NO: 3:14CR273** |
| **V.** ) | **ORDER** |
| ) | |
| **LASHAN JOHNSON, Defendant** ) | |
| and ) | |
| ) | |
| **WADE JURNEY HOMES, Garnishee __**) | |

This **MATTER** is before the court upon motion for Dismissal of Writ of Continuing Garnishment.

In the motion, the United States of America, by and through the United States Attorney for the Western District of North Carolina requests that the Court order the dismissal of the Writ of continuing Garnishment filed on August 8, 2017 (Docket No. 4), against Defendant Lashan Jonson for reason that Defendant was terminated effective September 25, 2016.

It is ORDERED that the motion is GRANTED.

Signed: May 9, 2017

_____
Frank D. Whitney
Chief United States District Judge